[849 NE2d 960, 816 NYS2d 737]

In the Matter of INTEGRATED BEVERAGE GROUP LTD., Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.

Decided May 9, 2006

### APPEARANCES OF COUNSEL

*Mehler & Buscemi*, New York City (*Martin P. Mehler* of counsel), for appellant.

*Scott Weiner*, New York City, and *Thomas G. McKeon* for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs. The New York State Liquor Authority, acting within its statutory authority (*see* Alcoholic Beverage Control Law § 107-a [2]), rationally disapproved the brand label registration applications (*see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 230-231 [1974]; *see also Matter of Affiliated Distillers Brands Corp. v State Liq. Auth.*, 24 NY2d 31, 39-40 [1969]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.